# EXHIBIT FORM

| EXHIBIT(S) OF | USA |
|---|---|
| Government | |
| (Indicate plaintiff or defendant) | V.    Case No. 11-cr-133-bbc |
| For 8/28/12 Competency Hearing | |
| | Thomas Valley |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 1 | Scronce | CV of Christine Scronce | |
| | 2 | Scronce | Competency Report (Sealed) | |
| | 3 | | Copies of letters by defendant (Sealed) | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |