# CHRISTINE A. SCRONCE, PH.D.
71 W. Van Buren
Chicago, Illinois 60605

## EDUCATION

Licensed Clinical Psychologist, Illinois.  License number 071-005104

**Ph.D.**  1993, Southern Illinois University, Carbondale, Illinois
Major: Clinical Psychology (APA Accredited)
Dissertation: "The Use of the MMPI-2 to Detect Malingered Psychosis in a Criminal Forensic Setting"

**M.A.**  1990, Southern Illinois University, Carbondale, Illinois
Major: Clinical Psychology

**B.S.**  1988, Western Illinois University, Macomb, Illinois
Major: Psychology

## WORK EXPERIENCE

**Forensic Psychologist:** Metropolitan Correctional Center, Chicago, IL
*April 2010-present*
Responsibilities:  Forensic evaluation and expert testimony for U.S. District Courts; psychological testing; crisis intervention; treatment and management of mentally ill offenders; training and supervision of graduate-level psychology externs; staff training and EAP services; pre-employment screening and selection; and consultation with correctional administrators.

**Forensic Psychologist/Director of Clinical Training:** Federal Medical Center, Devens, MA
*January 2007-April 2010*
Responsibilities:  Forensic evaluation and expert testimony for U.S. District Courts; risk assessment of mental health inmates; clinical and administrative oversight of pre-doctoral internship program; crisis intervention; psychological testing; staff training and EAP services; pre-employment screening and selection; consultation with correctional administrators; and member of Hostage Negotiation Team.

**Forensic Psychologist:** Federal Medical Center, Devens, MA
*January 2003-January 2007*
Responsibilities:  Forensic evaluation and expert testimony for U.S. District Courts; risk assessment of mental health inmates; crisis intervention; psychological testing; training and supervision of pre-doctoral psychology interns; staff training and EAP services; pre-employment screening and selection; consultation with correctional administrators; and member of Hostage Negotiation Team.

GOVERNMENT EXHIBIT #1

Christine Scronce, Ph.D.
Page 2

**Director of Forensics:** Federal Medical Center, Rochester, MN
*September 1997-December 2002*
Responsibilities: Forensic evaluation and expert testimony for U.S. District Courts; supervision of forensic assessments performed for Courts; chair of risk assessment panel for release of mental health inmates; crisis intervention; psychological testing; training and supervision of pre-doctoral psychology interns and post-doctoral fellows, as well as Mayo Clinic medical students and psychiatric residents; supervision of forensic research; and consultation with personnel, correctional administrators, and Hostage Negotiation Team.

**Drug Abuse Program Coordinator/Psychologist:** Federal Correctional Institution, Pekin, IL
*September 1994-September 1997*
Responsibilities: Development and administrative oversight of drug abuse programming for medium-security correctional facility for males and satellite camp for female inmates; supervision of master's-level drug treatment specialist and practicum students; psychological evaluations for the U.S. District Courts, the U.S. Parole Commission, and the Cuban Detainee Review Panel; intake screening and psychological testing; crisis intervention; treatment and management of mentally ill offenders; staff training, consultation, and EAP services; recruitment and training of community volunteers; pre-employment screening and selection; and member of the Hostage Negotiation Team.

**Forensic Post-Doctoral Fellow:** U.S. Medical Center for Federal Prisoners, Springfield, MO
*October 1993-September 1994*
Responsibilities: Forensic evaluations and expert testimony for U.S. District Courts; group therapy for pre-trial defendants referred for restoration of competency; crisis intervention; psychological testing; in-service training; supervision of pre-doctoral psychology interns; and consultation with personnel and correctional administrators.

**Psychology Intern:** U.S. Medical Center for Federal Prisoners, Springfield, MO
*October 1992-September 1993*
Responsibilities: Forensic evaluations for U.S. District Courts; individual and group psychotherapy with hospitalized federal prisoners; group therapy for pre-trial defendants referred for restoration of competency; psychological screening and testing; psychological consultation and treatment for medical/surgical patients; treatment plan development; and crisis intervention.

**PROFESSIONAL AFFILIATIONS**

American Psychology-Law Society member

*Updated June 2010*