IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION |
| | ) |
| v. | ) Case No.   11-cr-133-bbc |
| | )                18 U.S.C. § 2252(a)(2) |
| THOMAS R. VALLEY, | )                18 U.S.C. § 2253 |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On a date between in or about December 1, 2010 to on or about January 11, 2011, the exact date unknown, in the Western District of Wisconsin, the defendant,

THOMAS R. VALLEY,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction was of such conduct, specifically, the defendant received a text message via cellular telephone a visual depiction of the lascivious exhibition of the genitals and pubic area of "Minor B," more particularly identified as "121210205550.jpg."

(In violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 2

On or about February 27, 2011, in the Western District of Wisconsin, the defendant,

THOMAS R. VALLEY,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction was of such conduct, specifically, the defendant received a text message via cellular telephone a visual depiction of the lascivious exhibition of the genitals and pubic area of "Minor C," more particularly identified as "YA01_001.jpg."

(In violation of Title 18, United States Code, Section 2252(a)(2)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1 and 2 of this information, and upon conviction for violating Title 18, United States Code, Section 2252(a)(2), pursuant to Title 18, United States Code, Section 2253, the defendant,

THOMAS R. VALLEY,

shall forfeit to the United States his right, title and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as an Apple IPhone Model A1303, a Samsung Tmobile cellular phone, Model SGH-T669, a Seagate Barracuda 7200.11 external hard drive bearing serial number 9TE0GNL4, a JVC Digital

Video Camera, Model GZ-MS120RU, bearing serial number 064C1090, a Blue Dell Desktop computer, Dimension XPS Gen 3, bearing serial number 5STFY51, and a Dell laptop, Model Number PP12L, bearing serial number 07898349890528.

4/17/2013
Date

*(signature)*
JOHN W. VAUDREUIL
United States Attorney