IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,                                   Case No.: 3:11CR133

v.

Thomas v. Valley,

       Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Thomas Valley, the above-named defendant, hereby appeals to the United States Court of Appeals for the 7th Circuit from the final judgment, conviction and sentence imposed on him by the Honorable Barbara B. Crabb, United States District Court Chief Judge on the 14th day of August, 2013. This appeal includes all possible issues both on the count of conviction and sentence imposed.

Dated this 26th day of August, 2013.

                                                      s/
                                                      Gregory N. Dutch
                                                      Attorney for Defendant
                                                      119 Martin Luther King Jr. Blvd, Suite 202
                                                     Madison, WI 53703
                                                      606-661-5100
                                                     E-Mail: gnd@mydlaw.com