## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: <u>WESTERN DISTRICT OF WISCONSIN</u>     Docket No.: #11-cr-00133-bbc

| **Plaintiff (Petitioner)** | **Short Caption** | **Defendant (Respondent)** |
|---|---|---|
| ( USA | v. | Thomas Valley ) |

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | | | |
|---|---|---|---|
| Name: | Elizabeth Altman | Name: | Gregory Neal Dutch |
| Firm: | United States Attorney's Office | Firm: | The Law Office of Gregory N. Dutch |
| Address: | 660 West Washington Avenue, #303 | Address: | 119 Martin Luther King Jr. Blvd, Ste. 202 |
| | Madison, WI 53703 | | Madison, WI 53703 |
| | 608-264-5158 | | 608-661-5100 |
| | Fax: 608-264-5054 | | Fax: 608-251-3104 |
| | Email: elizabeth.altman@usdoj.gov | | |
| Phone: | | Phone: | Email: gnd@mydlaw.com |
| | | | Designation: CJA Appointment |

---

Judge: Barbara B. Crabb                    Nature of Suit Code:

Court Reporter: Lynette Swenson            Date Filed in District Court: 12/8/11

   120 N. Henry St., Room 520              Date of Judgment: 8/16/13

   Madison, WI 53703                       Date of Notice of Appeal: 8/26/13

   (608) 255-3821

Counsel: <u>X</u>___Appointed     ___Retained     ___Pro Se

Fee Status:   ___Paid     ___Due     <u>X</u>___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     <u>X</u>___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): 07544-090

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**