IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,                                       Case No.: 3:11CR133

v.

Thomas R. Valley,

      Defendant.

## DOCKETING STATEMENT

The United States District Court for the Western District of Wisconsin has jurisdiction pursuant to Title 18 U.S.C. §3231, which provides inclusive jurisdiction of offenses against the United States, and Fed.R.Crim. p. 18. The information charged Appellant, Valley, with alleged violations of 18 U.S.C. sec 2252(a)(2).

This appeal is from the final judgment of conviction and sentence. The United States Court of Appeals for the 7th Circuit has appellate jurisdiction pursuant to 28 U.S.C. §1291 and 1294 and 18 U.S.C. §3742(a). This is a direct appeal.

Valley seeks to review judgment of conviction and sentence which was imposed on August 14th, 2013..

Notice of Appeal was filed in conjunction with this Docketing Statement in the District Court on or about August 26th 2013, based on the judgment and conviction imposed on Valley. This appeal is taken from the United States District Court for the Western District

of Wisconsin, does not involve a direct appeal, or decision of the United States Judge Magistrate. In addition, there was no filing date or motion for a new trial or disposition of motion and date of entry.

This appeal is from the United States District Court for the Western District of Wisconsin which is within the Seventh Circuit. See Title 28 U.S.C. §41.

Dated this 26th day of August, 2013..

        s/ _____
Gregory N. Dutch
Attorney for Defendant
119 Martin Luther King Jr. Blvd, Suite 202
Madison, WI 53703
608-661-5100
E-Mail: gnd@mydlaw.com