APPEAL, CLOSED, COMPETENCY, CUSTODY, SINGLE_DEFT,

# U.S. District Court
# Western District of Wisconsin (Madison)
# CRIMINAL DOCKET FOR CASE #: 3:11-cr-00133-bbc All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Valley, Thomas | Date Filed: 12/08/2011 |
| | Date Terminated: 08/16/2013 |

Assigned to: District Judge Barbara B. Crabb
Referred to: Magistrate Judge Stephen L. Crocker

**Defendant (1)**

| | | |
|---|---|---|
| **Thomas R. Valley**<br>*TERMINATED: 08/16/2013* | represented by | **Gregory Neal Dutch**<br>The Law Office of Gregory N. Dutch<br>119 Martin Luther King Jr. Blvd, Ste. 202<br>Madison, WI 53703<br>608-661-5100<br>Fax: 608-251-3104<br>Email: gnd@mydlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Michael W. Lieberman**<br>Federal Defender Services of Wisconsin, Inc.<br>222 West Washington Ave.<br>Suite 680<br>Madison, WI 53703<br>608-260-9900<br>Fax: 608-260-9901<br>Email: michael_lieberman@fd.org<br>*TERMINATED: 08/03/2012* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251.F SEXUAL EXPLOITATION OF CHILDREN<br>(1-6) | |
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNOGRAPHY<br>(1s-2s) | CBOP: 240 months consecutively, Life Term Supervised Release, $200 C/A. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**United States of America**     represented by **Elizabeth Altman**
United States Attorney's Office
660 West Washington Avenue, #303
Madison, WI 53703
608-264-5158
Fax: 608-264-5054
Email: elizabeth.altman@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2011 | 1 | JS-45 Criminal Cover Sheet as to Thomas R. Valley. (voc) (Entered: 12/08/2011) |
| 12/08/2011 | 2 | INDICTMENT as to Thomas R. Valley (1) count(s) 1-6. (voc) (Entered: 12/08/2011) |
| 12/08/2011 | 3 | Warrant Issued as to Defendant Thomas R. Valley. Delivered to USMS for service. (voc) (Entered: 12/08/2011) |
| 12/13/2011 |  | Arraignment/Initial Appearance set for defendant Thomas R. Valley (1). Arraignment set for 12/15/2011 at 9:00 AM. (arw) (Entered: 12/13/2011) |
| 12/13/2011 | 4 | Motion for Writ of Habeas Corpus ad prosequendum for December 15, 2011 *Arraignment* by United States of America as to Thomas R. Valley. Motions referred to Magistrate Judge Stephen L. Crocker. (Altman, Elizabeth) (Entered: 12/13/2011) |
| 12/14/2011 | 5 | Notice of Attorney Appearance: Michael Lieberman appearing for Thomas R. Valley. (Lieberman, Michael) (Entered: 12/14/2011) |
| 12/14/2011 | 6 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum re: 12/15/2011 Arraignment Hearing. Writ issued. Delivered to USMS for service as to Thomas R. Valley (1). Signed by Magistrate Judge Stephen L. Crocker on 12/14/2011. (voc) (Entered: 12/14/2011) |

| | | | |
|---|---|---|---|
| 12/15/2011 | | 7 | Minute Entry for proceedings held before Magistrate Judge Peter Oppeneer: Arraignment held on 12/15/2011: Not Guilty plea entered by Thomas R. Valley (1) as to Counts 1-6. Defendant detained. Telephone Scheduling Conference set for 12/29/2011 at 10:00 AM before Magistrate Judge Stephen L. Crocker. Counsel for the government responsible for setting up the call to chambers at (608) 264-5153. [:06] (Court Reporter CS) (arw) (Entered: 12/15/2011) |
| 12/16/2011 | | 8 | Writ of Habeas Corpus ad Prosequendum Returned Executed on 12/15/2011 as to Thomas R. Valley re: 12/15/2011 Arraignment Hearing. (voc) (Entered: 12/16/2011) |
| 12/16/2011 | 🔒 | 9 | Pretrial Services Report as to Thomas R. Valley (Sealed) (slg) (Entered: 12/16/2011) |
| 12/19/2011 | | | Hearing set re: defendant Thomas R. Valley. Telephone Scheduling Conference set for 12/29/2011 at 10:00 AM changed to an in-person hearing. (cak) (Entered: 12/19/2011) |
| 12/23/2011 | | 10 | Warrant Returned Executed as to Thomas R. Valley. (voc) (Entered: 12/23/2011) |
| 12/27/2011 | | | Hearing set re: defendant Thomas R. Valley. Telephone Scheduling Conference set for 12/29/2011 at 10:00 AM rescheduled to 1/4/2012 at 09:00 AM to accommodate the calendar of Attorney Lieberman. Counsel for the Government remains responsible for setting up the call to chambers at (608) 264-5153. (cak) (Entered: 12/27/2011) |
| 01/04/2012 | | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Telephone Scheduling Conference as to Thomas R. Valley held on 1/4/2012 [:05] (cak) (Entered: 01/04/2012) |
| 01/05/2012 | | 11 | Scheduling Order as to Thomas R. Valley. Pretrial motions due 4/2/2012. Pretrial Motion Hearing set for 4/5/2012 at 09:00 AM. Final Pretrial Submissions due 5/2/2012. Final Pretrial Conference set for 5/4/2012 at 09:00 AM. Final Hearing set for 5/10/2012 at 03:00 PM. Jury Selection and Trial set for 5/14/2012 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 1/4/2012. (voc) (Entered: 01/05/2012) |
| 01/12/2012 | | 12 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Thomas R. Valley (Altman, Elizabeth) (Entered: 01/12/2012) |
| 02/07/2012 | | 13 | Notice of Expert Testimony as to Thomas R. Valley (Altman, Elizabeth) (Entered: 02/07/2012) |
| 02/24/2012 | 🔒 | 14 | Motion for Competency Exam (Sealed) (Lieberman, Michael) (Entered: 02/24/2012) |
| 02/27/2012 | | 15 | ORDER granting 14 Motion for Psychiatric Exam as to Thomas R. Valley (1). Signed by Magistrate Judge Stephen L. Crocker on 2/27/2012. (voc) (Entered: 02/27/2012) |
| 03/29/2012 | | 16 | ORDER as to Thomas R. Valley. Because the defendant is undergoing a competency evaluation, the case schedule set on January 4, 2012 is stricken and will be reset if necessary after a ruling on defendant's competency. Time already is being excluded from the speedy trial clock pursuant to the court's February 27, 2012 order 15 . Signed by Magistrate Judge Stephen L. Crocker on 3/29/2012. |

| | | |
|---|---|---|
| | | (voc) Modified on 4/19/2012 (llj). (Entered: 03/29/2012) |
| 04/13/2012 | 17 | Response to 2/27/2012 order 15 by Metropolitan Correctional Center. (voc/slc) (Entered: 04/13/2012) |
| 04/13/2012 | 18 | ** TEXT ONLY ORDER ** <br> MCC-Chicago's request for the statutorily-permitted extension of time to complete its competency examination 17 is GRANTED. Signed by Magistrate Judge Stephen L. Crocker on 4/13/12. (krj) Modified on 5/30/2012 (llj). (Entered: 04/13/2012) |
| 07/10/2012 | 19 | Competency Report Received as to Thomas R. Valley. (Attachments: # 1 Cover Letter) (Sealed) (voc) (Entered: 07/10/2012) |
| 07/16/2012 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Telephone Status Conference as to Thomas R. Valley held on 7/16/2012 [:05] (cak) (Entered: 07/16/2012) |
| 07/26/2012 | 20 | Motion for Ex Parte Hearing (Ex Parte) (Lieberman, Michael) (Entered: 07/26/2012) |
| 07/26/2012 | | Set Hearing in case as to Thomas R. Valley re 20 Motion for Ex Parte Hearing . Motion Hearing set for 8/2/2012 at 11:00 AM. (voc) (Entered: 07/26/2012) |
| 08/02/2012 | 21 | ** TEXT ONLY ORDER ** <br> At a July 26, 2012 ex parte hearing, the court excused Attorney Lieberman from further representation of defendant Thomas Valley in this case once counsel mails a copy of his file to Valley, as Valley requested. The Federal Defender is directed to appoint a new attorney to represent Mr. Valley in this case, with an eye toward attempting to hold a competency hearing and a hearing on release or detention before August 28, 2012. Signed by Magistrate Judge Stephen L. Crocker on 8/2/2012. (voc) (Entered: 08/02/2012) |
| 08/02/2012 | 22 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Ex Parte Hearing as to Thomas R. Valley (1) held on 8/2/2012. New counsel to be appointed. [:22] (Court Reporter LS) (arw) (Entered: 08/02/2012) |
| 08/03/2012 | | Attorney update in case as to Thomas R. Valley. Attorney Gregory Neal Dutch for Thomas R. Valley added. Attorney Michael W. Lieberman terminated. (voc) (Entered: 08/03/2012) |
| 08/03/2012 | 23 | Motion for Stay of Court Order re 21 Text Only Order,, by United States of America as to Thomas R. Valley. Motions referred to Magistrate Judge Stephen L. Crocker. (Altman, Elizabeth) (Entered: 08/03/2012) |
| 08/07/2012 | 24 | ** TEXT ONLY ORDER ** <br> The government's motion 23 to stay SAFD Michael Lieberman's transfer of discovery to defendant Thomas Valley is GRANTED. We will revisit this issue with Valley's new attorney, Gregory Dutch, when Attorney Dutch is ready to address it. Signed by Magistrate Judge Stephen L. Crocker on 8/6/2012. (lak) (Entered: 08/07/2012) |
| 08/20/2012 | | Arraignment/Initial Appearance set as to defendant Thomas R. Valley. Arraignment and Competency Hearing set for 8/28/2012 at 09:30 AM. (cak) (Entered: 08/20/2012) |

| | | | |
|---|---|---|---|
| 08/22/2012 | | 25 | CJA 20: Attorney Gregory Dutch appointed for defendant Thomas R. Valley. Signed by Magistrate Judge Stephen L. Crocker on 8/2/12. (krj) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | 26 | Disregard - refiled as entries 30 , 31 ; Requested attorney refile as a motion with the attached brief filed as a separate docket entry on 8/23/2012 (jaf). Modified on 8/23/2012 (mmo). (Entered: 08/22/2012) |
| 08/22/2012 | | 27 | Motion for Release from Custody by All Parties as to Thomas R. Valley. (Attachments:<br># 1 Certificate of Service) (Dutch, Gregory) (Entered: 08/22/2012) |
| 08/22/2012 | | 28 | Motion for Discovery by All Parties as to Thomas R. Valley. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments:<br># 1 Certificate of Service) (Dutch, Gregory) Modified on 8/23/2012 (jaf). (Entered: 08/22/2012) |
| 08/22/2012 | | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Telephone Status Conference (impromptu) as to Thomas R. Valley held on 8/22/2012 [:10] (skv) (Entered: 08/22/2012) |
| 08/22/2012 | | 29 | ** TEXT ONLY ORDER **<br>At an unscheduled, unrecorded August 22, 2012 telephonic conference, counsel for both sides stipulated that Dr. Christine Scronce may testify telephonically at the hearing on defendant's competency. The court accepted this stipulation and will allow telephonic testimony. Signed by Magistrate Judge Stephen L. Crocker on 8/22/12. (krj) (Entered: 08/22/2012) |
| 08/23/2012 | 🔒 | 30 | Motion for Request for hearing by All Parties as to Thomas R. Valley. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments:<br># 1 Certificate of Service) (Dutch, Gregory) Modified on 8/23/2012; Sealed (mmo). (Entered: 08/23/2012) |
| 08/23/2012 | 🔒 | 31 | Brief in Support by Thomas R. Valley re: 30 Motion for Request for hearing (Attachments:<br># 1 Certificate of Service) (Dutch, Gregory) Modified on 8/23/2012; Sealed (mmo). (Entered: 08/23/2012) |
| 08/28/2012 | 🔒 | 32 | Supplemental Pretrial Services Report as to Thomas R. Valley (Sealed) (ls) (Entered: 08/28/2012) |
| 08/28/2012 | | 33 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Arraignment held on 8/28/2012: Not Guilty plea entered re: Thomas R. Valley (1) Count 1-6. Competency Hearing held. Defendant found competent. Request for release on conditions denied. Trial schedule set. [1:27] Pretrial motions due 11/19/2012. Pretrial Motion Hearing set for 11/29/2012 at 10:30 AM. Final Pretrial Submissions due 2/13/2013. Final Pretrial Conference set for 2/15/2013 at 09:00 AM. Final Hearing set for 2/21/2013 at 03:00 PM. Jury Selection and Trial set for 2/25/2013 at 09:00 AM. (Court Reporter LS.) (rep) (Entered: 08/28/2012) |
| 08/28/2012 | | | Set Briefing Deadlines as to 28 Motion for Discovery. Brief in Opposition due 9/12/2012. Brief in Reply due 9/19/2012. (rep) (Entered: 08/28/2012) |

| | | | |
|---|---|---|---|
| 08/28/2012 | 🔒 | 34 | Disregard. Refiled as 36 (Sealed) (rep) Modified on 8/30/2012 (rep). (Entered: 08/28/2012) |
| 08/30/2012 | | 35 | ** TEXT ONLY ORDER **<br>At an August 30, 2012 competency hearing, after taking testimony and hearing arguments, for reasons stated more fully at the hearing, the court found that defendant Thomas Valley is competent. More specifically, the court found that Valley, despite suffering from ADHD and Borderline Personality Disorder, not only understands the nature of consequences of these proceedings against him, but also that Valley is able to assist properly in his defense. Although Valley is a difficult person to keep focused and calm, it can be done. Signed by Magistrate Judge Stephen L. Crocker on 8/30/2012. (voc) (Entered: 08/30/2012) |
| 08/30/2012 | 🔒 | 36 | Exhibit List by United States of America as to Thomas R. Valley (Attachments:<br># 1 Exhibit 1 - CV of Christine Scronce,<br># 2 Exhibit 2 - Compentency Report (Sealed),<br># 3 Exhibit 3 - Copies of letters by defendant (Sealed)) (rep) (Entered: 08/30/2012) |
| 08/30/2012 | | 37 | Scheduling Order as to Thomas R. Valley. Signed by Magistrate Judge Stephen L. Crocker on 8/30/2012. (llj) (Entered: 08/30/2012) |
| 09/12/2012 | 🔒 | 38 | Brief in Opposition by United States of America as to Thomas Valley re: 28 Motion to Release Discovery (Attachments:<br># 1 Exhibit Discovery,<br># 2 Exhibit General Jail Rules) (Sealed) (Altman, Elizabeth) Modified on 9/13/2012 (voc). (Entered: 09/12/2012) |
| 09/19/2012 | 🔒 | 39 | Brief in Reply by Defendant Thomas Valley in Support re: 28 Motion to Release Discovery Sealed Motion (Attachments:<br># 1 Certificate of Service) (Sealed) (Dutch, Gregory) Modified on 9/19/2012 (jaf). Modified on 9/20/2012 (voc). (Entered: 09/19/2012) |
| 10/18/2012 | | 40 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Thomas R. Valley (Altman, Elizabeth) (Entered: 10/18/2012) |
| 10/24/2012 | | 41 | ORDER granting in part 28 Motion for Discovery; reconsidering and granting in part 23 Motion for Stay as to Thomas R. Valley (1). Documents due from the government to defendant's attorney by 11/2/2012. Signed by Magistrate Judge Stephen L. Crocker on 10/24/2012. (llj) (Entered: 10/24/2012) |
| 10/30/2012 | | 42 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Thomas R. Valley (Altman, Elizabeth) (Entered: 10/30/2012) |
| 11/27/2012 | | 43 | Motion to Continue by All Parties as to Thomas R. Valley. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments:<br># 1 Certificate of Service) (Dutch, Gregory) (Entered: 11/27/2012) |
| 11/27/2012 | | 44 | Affidavit of Gregory N. Dutch by Thomas R. Valley re: 43 Motion to Continue . (Dutch, Gregory) (Entered: 11/27/2012) |
| 11/27/2012 | | 45 | ** TEXT ONLY ORDER **<br>ORDER granting 43 Motion to Continue as to Thomas R. Valley (1). Signed by Magistrate Judge Stephen L. Crocker on 11/27/2012. (voc) (Entered: 11/27/2012) |

| | | |
|---|---|---|
| 11/28/2012 | | Telephone Scheduling Conference as to Thomas R. Valley set for 11/29/2012 at 10:30 AM before Magistrate Judge Stephen L. Crocker in chambers. (608) 264-5153. (voc) (Entered: 11/28/2012) |
| 11/29/2012 | 46 | Scheduling Order as to Thomas R. Valley. Pretrial motions due 3/8/2013. Pretrial Motion Hearing set for 3/14/2013 at 09:00 AM. Final Pretrial Submissions due 4/23/2013. Final Pretrial Conference set for 4/26/2013 at 01:30 PM. Final Hearing set for 5/2/2013 at 03:00 PM. Jury Selection and Trial set for 5/6/2013 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 11/29/2012. (voc) (Entered: 11/29/2012) |
| 11/30/2012 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Telephone Pretrial Motion Hearing as to Thomas R. Valley held on 11/29/2012 [:15] (cak) (Entered: 11/30/2012) |
| 02/20/2013 | 48 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Thomas R. Valley (Altman, Elizabeth) (Entered: 02/20/2013) |
| 02/26/2013 | 49 | Motion to Hire Expert by Thomas R. Valley. (Ex Parte) (Dutch, Gregory) Modified on 2/27/2013 (jaf). (Entered: 02/26/2013) |
| 02/27/2013 | 50 | Request for Co-Counsel by Thomas R. Valley. (Ex Parte) (Dutch, Gregory) Modified on 2/28/2013 (jaf). (Entered: 02/27/2013) |
| 03/07/2013 | 51 | Motion to Suppress statements by All Parties as to Thomas R. Valley. (Attachments:<br># 1 Exhibit Valley affidavit,<br># 2 Certificate of Service) (Dutch, Gregory) Requested attorney file affidavit as an individual docket entry on 3/8/2013 (jaf). Modified on 3/28/2013 (voc). (Entered: 03/07/2013) |
| 03/07/2013 | 52 | Motion to Suppress evidence seized pursuant to search warrant by Thomas R. Valley. (Attachments:<br># 1 Certificate of Service Dutch affidavit,<br># 2 Exhibit search warrant,<br># 3 Certificate of Service) (Dutch, Gregory) Requested attorney file signed affidavit as individual docket entry with exhibits attached separately and named as appropriate on 3/8/2013 (jaf). Modified on 3/28/2013 (voc). (Entered: 03/07/2013) |
| 03/14/2013 | 53 | Minutes of Proceedings held before Magistrate Judge Stephen L. Crocker: Evidentiary Hearing held on 3/14/2013 re: 51 Motion to Suppress, 52 Motion to Suppress. Brief in Support due 3/29/2013. Brief in Opposition due 4/5/2013. Brief in Reply due 4/12/2013. [1:12] (Court Reporter CS) (arw) (Entered: 03/14/2013) |
| 03/14/2013 | 54 | Exhibits to Evidentiary Hearing held 3/14/2013 re: 51 Motion to Suppress, 52 Motion to Suppress. (Attachments:<br># 1 Exhibit 1 - Photograph,<br># 2 Exhibit 2 - Photograph,<br># 3 Exhibit 3 - Photograph,<br># 4 Exhibit 4 - Photograph) (arw) (Entered: 03/14/2013) |

| | | | |
|---|---|---|---|
| 03/15/2013 | | 55 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Thomas R. Valley (Altman, Elizabeth) (Entered: 03/15/2013) |
| 03/20/2013 | 🔓 | 56 | Transcript of Pretrial Motion Hearing, held 3/14/2013 as to Thomas R. Valley before Magistrate Judge Stephen L. Crocker. Court Reporter: CS. Please review the court policy regarding electronic transcripts: see Electronic Transcript Instructions and Notice of Intent to Request Redaction. (voc) (Entered: 03/20/2013) |
| 03/22/2013 | | 57 | Pretrial Motion Hearing Order. Brief in Support due 3/29/2013. Brief in Opposition due 4/5/2013. Brief in Reply due 4/12/2013. Signed by Magistrate Judge Stephen L. Crocker on 3/22/2013. (voc) (Entered: 03/22/2013) |
| 03/22/2013 | | 58 | Second Amended Scheduling Order as to Thomas R. Valley. Final Pretrial Submissions due 5/15/2013. Final Pretrial Conference set for 5/17/2013 at 09:00 AM. Final Hearing set for 5/23/2013 at 03:00 PM. Jury Selection and Trial set for 5/28/2013 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 3/22/2013. (voc) (Entered: 03/22/2013) |
| 03/27/2013 | | 59 | Disregard - Wrong document. Brief in Support by Thomas R. Valley re: (51) Motion to Suppress (Dutch, Gregory)Counsel to file correct Brief in Support. Modified on 3/28/2013 (voc). (Entered: 03/27/2013) |
| 03/27/2013 | | 60 | Brief in Support by Thomas R. Valley re: 52 Motion to Suppress evidence seized pursuant to search warrant (Dutch, Gregory) Modified on 3/28/2013 (voc). (Entered: 03/27/2013) |
| 03/28/2013 | | 61 | Brief in Support by Thomas R. Valley re: 51 Motion to Suppress statements (Dutch, Gregory) Modified on 3/29/2013 (voc). (Entered: 03/28/2013) |
| 03/28/2013 | 🔒 | 62 | CJA 24 Certified for Payment re: Thomas R. Valley. (Seeman, $ 324.95 for Transcript). Signed by District Judge Barbara B. Crabb on 3/22/2013. (voc) (Entered: 03/28/2013) |
| 04/05/2013 | | 63 | Disregard. See docket entry 66 . Requested attorney file a signed document on 4/8/2013 (jaf). Modified on 4/9/2013 (jaf). (Entered: 04/05/2013) |
| 04/05/2013 | | 64 | Brief in Opposition by United States of America as to Thomas R. Valley re: 52 Motion to Suppress (Altman, Elizabeth) (Entered: 04/05/2013) |
| 04/05/2013 | | 65 | Brief in Opposition by United States of America as to Thomas R. Valley re: 51 Motion to Suppress (Altman, Elizabeth) (Entered: 04/05/2013) |
| 04/08/2013 | | 66 | Notice *of Insanity Defense* by Thomas R. Valley (Dutch, Gregory) Modified on 4/9/2013 (jaf). (Entered: 04/08/2013) |
| 04/17/2013 | | | Plea hearing set as to defendant Thomas R. Valley. Plea Hearing set for 4/23/2013 at 01:20 PM. (rep) (Entered: 04/17/2013) |
| 04/18/2013 | | 69 | INFORMATION as to Thomas R. Valley (1) counts 1s-2s. (rep) (Entered: 04/18/2013) |
| 04/23/2013 | | 70 | Minute Entry for proceedings held before District Judge Barbara B. Crabb: Plea Hearing held on 4/23/2013. Defendant Thomas R. Valley (1) entered plea of guilty to Counts 1s and 2s of the Information. Presentence Report due 5/28/2013. Objections to PSR due 7/1/2013. Sentencing set for 7/16/2013 at 1:00 |

|  |  |  |
|---|---|---|
|  |  | PM. [:19] (Court Reporter LS) (arw) (Entered: 04/23/2013) |
| 04/23/2013 | 71 | Waiver of Indictment by Thomas R. Valley (1). (arw) (Entered: 04/23/2013) |
| 04/23/2013 | 72 | PLEA AGREEMENT as to Thomas R. Valley (1). (arw) (Entered: 04/23/2013) |
| 04/24/2013 | 73 | Motion for Forfeiture of Property by United States of America as to Thomas R. Valley. (Attachments:<br># 1 Text of Proposed Order) (Altman, Elizabeth) (Entered: 04/24/2013) |
| 05/21/2013 | 75 | REPORT AND RECOMMENDATION that the court deny 52 Motion to Suppress evidence seized pursuant to search warrant and 51 Motion to Suppress statements by All Parties as to Thomas R. Valley.( Objections to R&R due 6/4/2013) Signed by Magistrate Judge Stephen L. Crocker on 5/21/2013. (voc) (Entered: 05/21/2013) |
| 05/24/2013 | 77 | ORDER granting 73 Motion for Forfeiture of Property as to Thomas R. Valley (1). Signed by District Judge Barbara B. Crabb on 5/23/2013. (voc) (Entered: 05/24/2013) |
| 05/28/2013 | 🔒 78 | PRESENTENCE INVESTIGATION REPORT as to Thomas R. Valley (Sealed) (jmr) (Entered: 05/28/2013) |
| 06/21/2013 | 79 | Motion to reschedule sentencing hearing by Thomas R. Valley. (Dutch, Gregory) Modified on 6/21/2013 (voc). (Entered: 06/21/2013) |
| 06/21/2013 | 80 | ** TEXT ONLY ORDER **<br>ORDER granting 79 motion to reschedule sentencing hearing as to Thomas R. Valley. Counsel should consult with each other and the clerk's office to set a new date. Signed by District Judge Barbara B. Crabb on 6/21/2013. (voc) (Entered: 06/21/2013) |
| 06/21/2013 |  | Reset Deadlines and Hearings for Thomas R. Valley (1): Sentencing reset from 7/16/2013 to 8/14/2013 at 1:00 PM. (arw) (Entered: 06/21/2013) |
| 07/01/2013 | 🔒 81 | Objection to 78 Presentence Investigation Report by USA re: Thomas R. Valley (Sealed) (Altman, Elizabeth) (Entered: 07/01/2013) |
| 07/01/2013 | 🔒 82 | Objection to 78 Presentence Investigation Report by Thomas R. Valley (Sealed) (Dutch, Gregory) (Entered: 07/01/2013) |
| 07/10/2013 | 83 | Certificate of Publication by United States of America as to Thomas R. Valley (Attachments:<br># 1 Exhibit 1 Advertisement Certification Report) (Altman, Elizabeth) (Entered: 07/10/2013) |
| 08/06/2013 | 🔒 84 | Addendum to 78 Presentence Investigation Report as to Thomas R. Valley (Sealed) (ajs) (Entered: 08/06/2013) |
| 08/06/2013 | 🔒 85 | REVISED PRESENTENCE INVESTIGATION REPORT as to Thomas R. Valley (Sealed) (ajs) (Entered: 08/06/2013) |
| 08/08/2013 | 87 | Sentencing Memorandum by Thomas R. Valley (Dutch, Gregory) (Entered: 08/08/2013) |
| 08/09/2013 | 88 | Supplemental Sentencing Memorandum by Thomas R. Valley. (rep) (Entered: 08/09/2013) |

| | | | |
|---|---|---|---|
| 08/09/2013 | | 89 | Letter(s) in Support of Sentencing as to Thomas R. Valley. (jaf) (Entered: 08/09/2013) |
| 08/13/2013 | | 90 | Final Motion for Forfeiture of Property by United States of America as to Thomas R. Valley. (Attachments:<br># 1 Text of Proposed Order) (Altman, Elizabeth) (Entered: 08/13/2013) |
| 08/13/2013 | | 91 | ORDER granting 90 Motion for Forfeiture of Property as to Thomas R. Valley (1). Signed by District Judge Barbara B. Crabb on 8/13/2013. (voc) (Entered: 08/13/2013) |
| 08/14/2013 | | 92 | Minute Entry for proceedings held before District Judge Barbara B. Crabb:Sentencing held on 8/14/2013 for Thomas R. Valley (1), Count(s) 1s-2s, CBOP: 240 months consecutively, Life Time Supervised Release, $100 C/A. [:47] (Court Reporter LS.) (voc) (Entered: 08/14/2013) |
| 08/15/2013 | | 93 | ORDER adopting 75 Report and Recommendations as to Thomas R. Valley (1). Signed by District Judge Barbara B. Crabb on 8/14/2013. (voc) (Entered: 08/15/2013) |
| 08/16/2013 | 🔒 | 94 | Statement of Reasons as to Thomas R. Valley. (Sealed) (voc) (Entered: 08/16/2013) |
| 08/16/2013 | 🔒 | 95 | JUDGMENT AND COMMITMENT as to Thomas R. Valley (1), Count(s) 1s-2s, CBOP: 240 months consecutively, Life Term Supervised Release, $200 C/A. (Sealed Document) re: Thomas R. Valley. Signed by District Judge Barbara B. Crabb on 8/15/2013. (voc) (Entered: 08/16/2013) |
| 08/16/2013 | | 96 | JUDGMENT AND COMMITMENT - Redacted re: Thomas R. Valley. Signed by District Judge Barbara B. Crabb on 8/15/2013. (voc) (Main Document 96 replaced on 8/20/2013) (voc). (Entered: 08/16/2013) |
| 08/26/2013 | | 97 | NOTICE OF APPEAL of 95 Judgment and Commitment by Thomas R. Valley. In forma pauperis previously granted. Docketing Statement filed. (Attachments: # 1 Docketing Statement) (Dutch, Gregory) Modified docket text on 8/26/2013 (mmo). (Entered: 08/26/2013) |
| 08/26/2013 | | 98 | Appeal Information Packet for Appellant (mmo) (Entered: 08/26/2013) |