## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

June 18, 2014

Before:    WILLIAM J. BAUER, Circuit Judge
           JOEL M. FLAUM, Circuit Judge
           MICHAEL S. KANNE, Circuit Judge

| No.: 13-2870 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>THOMAS R. VALLEY, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:11-cr-00133-bbc-1<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb ||

The judgment of the District Court is AFFIRMED in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)