UNITED STATES DISTRICT COURT _ WESTERN DISTRICT OF WISCONSIN
ATTACHMENT-2

USA VS. Valley. Case No. 11-cr-133-BBC                                                     PAGE: 15
_____
Continued from Page 14,  FOOT NOTES:....... *2...
in their county by SA Vandeberg and Believes he is with The Wisconsin Dept.
Of Justice. (i.e., Prosecutors Office.) [See, Exhibit-1, Attached Hereto..]

*3: As noted at Footnote 1a., subpoenas were issued by court commissioner, Patricia Crowe of Madison Wisconsin, (Dane County)., for informations from outerstate companies, (i.e., AT&T, North Palm Beach, Fl; T-Mobile, Parsippany, NJ; MYB Legal Team, New Hope, PA; and Face Book, Inc., Palo Alto, CA). A court Commissioner's Authority does not extend outside their County (Dane Co.) , and thus had no Jurisdiction to issue auterstate Subpoenas. Thus, in cinjunction to DeRemer's Eau Claire County Subpoena False claim (@Fn*1a), SA Crowes Misrepresentations at (Fn*1b) as well as DeRemer's perjury as to Vandeberg's position, Petitioners Fourth Amendment Rights have been violated by a reckless disregard for the truth.

*4:     The Warrant issued to search the residence of Ms. Kay Jenson, 6167 Dell Drive, #2, Madison, WI. with no previous knowledge of petitioner's existence there did not place petitioner within a suspect position so as to forcefully detain petitioner for eight hours and violate Miranda Protocol. All Evidence therefrom was discovered in violation of the fourth amendment. [Re: May 31, 2011, Warrant.]

DECLARATION OF THOMAS VALLEY
    I do hereby declare under penalty of perjury pursuant to Title 28 USC § 1746, That the aforementioned is true and correct as I understand and expierenced it.
    Done this 28 day of October, 2015.
                Mr. Thomas Vallet. Reg.No.07544-090
                United States Penitentiary, Tucson
                    Post Office Box # 24550
                Tucson, Arizona.              85734