

**POLICE DEPARTMENT**
GERALD STANISZEWSKI – CHIEF OF POLICE

May 13, 2015

Mr. Thomas Valley  #07544-090
United States Penitentiary, Tucson
PO Box 24550
Tucson AZ  85734

RE:   United States v. Valley
      USDC # 3:11-CR-00133-01-BBC

Mr. Valley:

After thorough search of our records we do not have the records you are requesting.  The only incident we have involving you was an accident in 2004. Also, our agency does not employ Special Agent Vern Vandeberg.  I think he might be employed by the Wisconsin Department of Justice.  You should contact them to obtain your report.

Sincerely,

*Stacey McKinley*

Stacey McKinley
Records Bureau Technician
Administrative Services Division
Eau Claire Police Department

EXHIBIT_-1

EXHIBIT-1

P.O. Box 496, Eau Claire, WI 54702-0496