Dear Clerk,                              9-7-17

     I am requesting the cost of transcripts for court date 8/28/12 for the Detention hearing in the case United States V. Thomas R. Valley 3:11-cr-00133-BBC if the courts have already had them transcribed what is the cost for copies? If not yet transcribed whats the cost of the transcriber fees and the pages in total with copies? Please let me know as soon as you can.

     Thank you for your time
     Thomas R. Valley

*Thomas R. Valley 9 17/17*

DOC NO
REC'D/FILED
2017 OCT -6 AM 9: 45
PETER OPPENEER
CLERK US DIST COURT
WD OF WI