Thomas R. Valley 07544-090
United States Penitentiary
P.O. Box 1000
Marion, IL. 62959

United States District Court
Western District of Wisconsin
120 N. Henry St.
Room 540
Madison, WI. 53703

   RE: 3:11-cr-00133-BBC

August 8, 2018

Dear Honorable Judge Stephen Crocker:

   I am writing to ask for some guidance. My case was heard by the now retired Barbara Crabb in 2013. I was represented by attorney Greg N. Dutch. As it turns out his offer to send me all of my case files has resulted in an insufficient number of items sent to me. Mr. Dutch sent these items at his own discretion, rather than at my request.

   Additionally, my attorney has stated that he would have no more "ties" to me and that he would no longer be obligated to communicate with me any further after the case files are sent.

   However, with so many items missing and while he remains unresponsive. I find myself stuck in the middle without any way to acquire the missing items.

   I believe these missing items are vital to my appeal. I also believe that those can show a positive avenue to file a 2241 Motion on the basis of both Ineffective Assistance of Counsel and Newly Discovered Evidence.

   Therefore, please see the attached letter specifying these items and his responses.

Respectfully Submitted,

*Thomas Valley*

Thomas R. Valley, pro se