Thomas R. Valley 07544-090
United States Penitentiary
P.O. Box 1000
Marion, IL. 62959

Greg N. Dutch, Attorney at Law
131 W. Wilson St
Ste 1201
Madison, WI. 53703

RE: 3:11-cr-00133-BBC

August 8, 2018

Dear Mr. Dutch:

   I requested records from your office recently, and a package was received by the institution. However, there are specific items missing from these records which cause me great concern. I'm hoping that you will comment on the whereabouts of said documents and instruct me on how to aquire them.

I am specifically missing the following items:

  *The psych evaluation report from Dr. Coffey
  * All the court transcripts from all proceedings, including Motions and Pleadings, and which match the audio recordings.
  * Copy of my plea agreement.
  * All Photos from inside the house from both search warrents and several other random photos taken of evidence collected that were used as part of my case. None of any the photos requested are of any victums.
  * My Discovery Discs that you have with all my files on.

Please respond to all five (5) missing items in as much detail as possible. I understand your duty in this case has ended, however best practices would dictate the right thing to do would be to supply these items to me or describe where and how I can obtain them my self. Based upon your responses, or non-response, I will then know how to proceed futher.

Sincerly,

*Thomas Valley*

Thomas R. Valley

CC: Hon. Stephen Crocker

Note: Do not send this threw my Case-manager Mr. Clark send them to me only, Thanks.