# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
### 120 N. Henry Street, Rm. 540
### Madison, Wisconsin 53703

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

August 31, 2018

Thomas Valley
#07544-090
USP Marion
P.O. Box 1000
Marion, IL 62959

    Re: U.S. v. Valley 11-cr-133-bbc

Dear Mr. Valley:

    This will acknowledge your letter dated August 8, 2018, in which you state that your counsel, Mr. Dutch, has not provided you with copies of your discovery.

    Mr. Dutch has advised the court that he has sent you all of your discovery materials with the exception of the disks, which the Bureau of Prisons will not allow you to have. For security purposes, the prison will not allow the rest of the case materials to be mailed directly to you. Instead, they must be mailed to your case manager. Mr. Dutch indicates that he sent you a copy of your requested documents via your case manager at each of the two institutions where you have been housed. I suggest you check with your case manager about viewing the documents.

    I enclose a copy of the docket sheet in your case. If you wish, you may use it to identify any documents on the docket sheet that you want copied. A member of the court's staff will then count the pages in each of the documents you indicate you want and write to you to request a check or money order. Copies of the desired documents will be made and sent to you. It is the policy of this court to require indigent persons to pay 10 cents per page for photocopies.

                                        Very truly yours,

                                        Barbara B. Crabb
                                        District Judge

BBC:skv
cc: Greg Dutch