# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin  53703

Telephone 608-260-9900
Facsimile 608-260-9901

October 21, 2020

Honorable Barbara B. Crabb
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Thomas Valley* - Case No. 11-cr-133-bbc

Dear Judge Crabb:

On January 9, 2019, Chief Judge Peterson issued a standing order appointing Federal Defender Services of Wisconsin "to advise individuals convicted in this district and, where appropriate, to represent them in this Court, related to Section 603 of the First Step Act (compassionate release)." Admin Order 358.

Unfortunately, due to competing demands and FDSW's limited resources, my office cannot represent Mr. Valley with regard to his current compassionate-release petition. Please note that FDSW does *not* take any position on whether this Court should grant compassionate release.

Furthermore, if the circumstances underlying the petition change, we would again review any additional or supplemental petitions on his behalf.

    Respectfully submitted,

    */s/ Joseph A. Bugni*

    Joseph A. Bugni
    Associate Federal Defender

Cc:    Mr. Thomas Valley