DOC NO
REC'D/FILED
2020 DEC 21  AM 11:08
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

To this Honorible Court                                    12-15-20

      I to the Best of any faith Pray that if any
God is in or working at the Time of All OF my missed
Prayers That My Motion Gets Granted I need to Get out
of the housing units and Prison life Before I Become
like my two Cellies Both up in Age and Totally Full
of Hate one is 54 and any Person outside the cell talking
just loud enough to twist his "1000% on Edge", Felle PTSD/
Extreme Bipolar Mood Swings a 5 yerold Dossen't Act
as Bad As he Does he throughs his Stuff yells and
screams Racial Slurrs To Blacks, Mexican/latinos, Natives &
even white People he's a Theif and a self intitled Person
I celled with him in the Past and know First had of
his Stealing he Took From me But like what the Bible
says forgive us our truspasses as we forgive those who
truspass against us and lead us not into temptation,
to me Means Point 1 finger at him you have 3 Pointing
Back at you so I can not Be mad or wage War
to him for his actions I can hold a grudge or let it
go and Move on in life, life is to short here today, gone
tomorrow type of thing so I forgive him it's like
the other teaching By Jesus "he who is without Sin may
cast the First Stone", I can not be mad at him without
casting anger at myself for the trust I Put in him. So my
old ways would have Been to Beat him up for doing
what he did but unlike Him I can control myself
now where My Past I didn't know Self control I was
really into my faith here But the lock down and the
tests of the Staff and other Inmates has Been Hard to
keep from out Bursts like my shot record at prechicayo
Before I was Sentenced I cused Staff up and Down
without a care Now I Just let them Get there way
and I Don't File or anything it's Pointless

My 54 y/o cellie gets the cell tossed a lot Do to his
Anger out Bursts then he files but leaves out the case
that would help him in his crying about how staff
rip the cell up and leave it in a mess the USSC in 92
Ruled Now Staff can Be held For there Retalitory Harassment
But his actions make my cellie Get a Hurricane
of $CO_2$ Anger Running threw my staff I've
lost Property Due to his Anger And he has No words
to say After other then more Angry out Bursts
I'm the only Person Giving anytype of kindness
to him I've helped him when hes had No money
with soap and other Hygen yet No Thank you from Him
Nothing Not even a Pat Back when He Gets
but hurt over No Store Now 1 time This month
and if you had money last month you'd Shop 1 time
last month we get a Hotel Bar of soap once in a
Blue Moon as to a Real Bar of soap that lasts longer
then a 1 shower use of soap. 3 Full size men that
live in a 12 Ft 10 In Long By 7 Ft 1 In wide, 9 Ft 9 in
tall Cell 3 Lockers chairs 1 table and a toliet/sink.
The Aspca wouldn't Let 3 Golden Retreivers live
in this space so why Should 3 men the size of
Gratedanes Be Subject to this type of treatment? This
Prison Pays a yearly fine to Keep the 3 man cells
even After Obama made it unconstatutional we've
tried to sue & Get Nowhere. this cramped space is
what Makes an Air Born Virus like covid Run a
Rampage threw People, Our Staff Dont Do Anything
For us No Legal Ropies I was told I'd Get some
today And He left without talking my Legal work to
Copy we only Get out if Lucky to Shower For 15
minutes No Phone calls No Law computer No anything
Please Be a Godsend and Grant this and Let

One Person out to help made a small change
our Prison Has No CLR as of August 2018 we
Lost our only way to New Case law the Prison
Blocked Paralegal Services that help US with
New Case law we've had No access to the courts
No Type writers No Law updates or Print offs
Nothing at all No Help No one out There to Give
US any type of Help Due to Covid 19 I have no
money to help me get an apt if I was to Release
due to catch a Lock down in April 1 2020 I was
Set to goB to work again in Novembre 2020 But
Lock down Round two Covid 19 Rampage 400+ Now)
But I Know my luck is always 50% Good 48% Bad 2%
unknown as ok what My Next Day holds my Breathing
is Getting Bad Bert Covid + Asma+ Lack of Real medical
help = BOP Bringing 1st Degree intentional Go back to
you unit and Drink water excuses as to medical
that when an Inmate dies is Labeled as Refused medical
Homicide. We sleep on over streched Maxie Pads
if King Kong were Real OR The attack of The 50 Ft woman
movie where Real The Matress' we sleep on would Be
able to Be a monthly cycle absorber to a female's
menstrual cycle we end up with Body pains
Like Scatica Back Problems Sciatica Nerve Pain or
worse Body Pains and when you tell staff its a
Jump to state you have covid even after a test Proves
you Don't have it Medical here need To work out
there cranial rectal insertous Problems but
one with There Head up there Back side shouldn't Be
the reasonable standers of why a Human being shouldn't
be Given Good medical But it is Just that. The Case in
Point of My Rant is as of This is if my motion
were Granted I could Pay a fine or even Better

I could Pay taxes to help Put the economy up more but like it is tax Payer Pay to house me for long terms and Pay my medical needs if I'm out I can Do all that myself and pay a fine if needed once I can either start my own Business or Get a Good enough Job Granted Being a Felon makes it More unlikly to Get a Job Plus Being a Sex offender is another Reason a Company wont hire a Person So I Guess I'd have to start my own company.

Respectfully Submitted

Thomas Valley