# Federal Defender Services Of Wisconsin, Inc.

LEGAL COUNSEL

|  |  |
|---|---|
| Craig W. Albee, Federal Defender | 22 East Mifflin Street |
| Krista A. Halla-Valdes, First Assistant | Suite 1000 |
|  | Madison, Wisconsin  53703 |
| Joseph A. Bugni, Madison Supervisor | Telephone 608-260-9900 |
| John W. Campion | Facsimile 608-260-9901 |
| Shelley M. Fite |  |
| Anderson M. Gansner |  |
| Gabriela A. Leija |  |
| Peter R. Moyers |  |
| Ronnie V. Murray |  |
| Tom E. Phillip |  |
| Joshua D. Uller |  |
| Kelly A. Welsh |  |

December 23, 2020

Honorable Barbara B. Crabb
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Thomas Valley* - Case No. 11-cr-133-bbc

Dear Judge Crabb:

On January 9, 2019, Chief Judge Peterson issued a standing order appointing Federal Defender Services of Wisconsin "to advise individuals convicted in this district and, where appropriate, to represent them in this Court, related to Section 603 of the First Step Act (compassionate release)." Admin Order 358.

Unfortunately, due to competing demands and FDSW's limited resources, my office cannot represent Mr. Valley with regard to his current compassionate-release petition. Please note that FDSW does *not* take any position on whether this Court should grant compassionate release.

Furthermore, if the circumstances underlying the petition change, we would again review any additional or supplemental petitions on his behalf.

                                  Respectfully submitted,

                                  */s/ Joseph A. Bugni*

                                  Joseph A. Bugni
                                  Associate Federal Defender

Cc:    Mr. Thomas Valley