To The Clerk of Court        case# 11-cr-133-bbc

This letter is Me wonder if you have
Recived my Motion For Compassionate Release/
reduction of sentence? My Motion is a motion
under Pro Se Lidaget and I am not requesting
Counsel in MY Pro Se Motion by any
Means. I got another letter From Joe Bugni
of the Federal Defender Services of Wisconsin
Dated 12-30-20. I was Not asking For him
or his office to Represent Me in this Motion


                    Respectfully Submitted
                    Thomas R Valley

            1-4-21

2021 JAN -8 AM 10:40
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED