# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
### 120 N. Henry Street, Rm. 540
### Madison, Wisconsin  53703

**Chambers of**  
**Barbara B. Crabb**  
  District Judge

**Telephone**  
608-264-5447

January 15, 2021

Thomas R. Valley  
07544-090  
Marion - USP  
P.O. Box 1000  
L1-127  
Marion, IL 62959

   Re: U.S. v. Valley 11-cr-133-bbc

Dear Mr. Valley:

  This will acknowledge receipt of your letter dated January 4, 2021, asking about the status of your motion for compassionate release.  Please be advised that your motion was received by the court on December 21, 2020.  Briefing is now complete and it is before Judge Crabb for a decision. You will be notified promptly when an order is issued.

        Very truly yours,  
        /s/

        Susan Vogel  
        Secretary to Judge Barbara B. Crabb

BBC:skv