EXHIBIT 1

Leter from Judge Secretary

**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Madison, Wisconsin 53703

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

January 15, 2021

Thomas R. Valley
07544-090
Marion - USP
P.O. Box 1000
L1-127
Marion, IL 62959

Re: U.S. v. Valley 11-cr-133-bbc

Dear Mr. Valley:

This will acknowledge receipt of your letter dated January 4, 2021, asking about the status of your motion for compassionate release. Please be advised that your motion was received by the court on December 21, 2020. Briefing is now complete and it is before Judge Crabb for a decision. You will be notified promptly when an order is issued.

Very truly yours,
/s/

Susan Vogel
Secretary to Judge Barbara B. Crabb

BBC:skv