EXHIBIT 2

Copy of Government Reply Envelope

Received Late

United States Attorney's Office
222 West Washington Ave., Ste 700
Madison, WI 53703

Received
1/21/21
NKing

U.S. Department of Justice
United States Attorneys Office
Western District of Wisconsin
222 W. Washington Ave.
Suite 700
Madison, WI 53703

Official Business

Thomas Valley #07544-090
USP Marion
P.O. Box 1000
Marion, IL 62959

FIRST-CLASS

02 7H
00021 2
MAILED